THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND-
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 AUG 20  P 2: 40

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

| | | |
|---|---|---|
| JOHN AND SHARON VICTORINE Individually and as parents and natural guardian of KADY VICTORINE, a minor | * | |
| | * | |
| Plaintiff | * | |
| vs. | * | Case No.: MJG-00-CV-2684 |
| | * | |
| JEFFREY GEORGE MEEKER and CHRISTOPHER CHARLES CONNELLY | * | |
| | * | |
| Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

MODIFIED SCHEDULING ORDER

All paries agree to modify the scheduling order dated April 12, 2001 by Judge Garbis as follows:

### I. Deadlines

| | |
|---|---|
| Joint request for early settlement 2001/ADR conference | October 26, 2001 |
| Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge | October 26, 2001 |
| Moving for joinder of additional parties and amendment of pleadings | November 29, 2001 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | December 11, 2001 |
| Defendant's Rule 26(a)(2) Disclosures re experts | January 11, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | January 28, 2002 |

| | |
|---|---|
| Rule 26(e)(2) supplementation of disclosures and responses | February 4, 2002 |
| Discovery deadline: submission of status report | March 4, 2002 |
| Requests for admission | March 12, 2002 |
| Dispositive pretrial motions deadline | April 1, 2002 |

AGREED BY:

*/s/ Richard Oare*
Richard Oare
Attorney for Plaintiff

*/s/ Lawrence A. Melfa*
Lawrence A. Melfa
Attorney for Plaintiff

*/s/ Kathleen McDonald*
Kathleen McDonald
Attorney for Defendant
Connelly

*/s/ Charles A. Arcodia*
Charles A. Arcodia
Attorney for Defendant
Meeker

Date: August 17, 2001

*/s/ Marvin J. Garbis*
Marvin J. Garbis
United States District Judge