THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND-
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 29 P 4: 03

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

JOHN AND SHARON VICTORINE
Individually and as parents and
natural guardian of KADY
VICTORINE, a minor

    Plaintiff

vs.

JEFFREY GEORGE MEEKER and
CHRISTOPHER CHARLES CONNELLY

    Defendant

Case No.: MJG-00-CV-2684

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MODIFIED SCHEDULING ORDER

All parties agree to modify the scheduling order dated April 12, 2001 by Judge Garbis as follows:

### I. Deadlines

| | |
|---|---|
| Joint request for early settlement 2001/ADR conference | October 26, 2001 |
| Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge | October 26, 2001 |
| Moving for joinder of additional parties and amendment of pleadings | November 29, 2001 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | December 11, 2001 |
| Defendant's Rule 26(a)(2) disclosures re experts | January 11, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | January 20, 2002 |




| | |
|---|---|
| Rule 26(e)(2) supplementation of disclosures and responses | February 4, 2002 |
| Discovery deadline: submission of status report | March 4, 2002 |
| Requests for admission | March 12, 2002 |
| Dispositive pretrial motions deadline | April 1, 2002 |

AGREED BY:

*/s/ Richard Oare/*
Richard Oare
Attorney for Plaintiff

*/s/ [illegible]/*
[illegible]
Attorney for Plaintiff

*/s/ Kathleen McDonald/*
Kathleen McDonald
Attorney for Defendant
Connelly

*/s/ Charles H. [illegible]/*
Charles A. Arcodia
Attorney for Defendant
Meeker

Date: 8/27/01

*/s/ Marvin J. Garbis/*
Marvin J. Garbis
United States District Judge